# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-CR-00037-KDB-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **ORDER** |
| **JONATHAN DAVID HILLSON,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court upon Defendant's *pro se* motion for early termination of his supervised release. (Doc. No. 2). The Government and Defendant's probation officer have indicated they do not oppose the motion.

Defendant pleaded guilty to one count of conspiracy to possess pseudoephedrine to manufacture methamphetamine, in violation of 21 U.S.C. § 846. He was sentenced to a term of 50 months in prison. He was released from BOP custody on January 17, 2019 and immediately began a three-year term of supervised release.

According to his motion for early termination of his supervised release, Defendant has complied with all conditions of release. He currently works full-time at Carolina Fabrication, Inc. in Mt. Holly, North Carolina. The main reason for his request for early termination is so that he can travel for his job:

> The company has many out-of-town jobs that I could be a part of to increase my skill and learn even more. The only thing stopping me from that is having to get clearance from my probation officer. Most always the out-of-town job opening comes up the day of the need, which leaves me no time to reach out to my probation officer to get cleared to travel for work.

(Doc. No. 2).

Counsel for the Government and the Defendant's supervising probation officer have both advised the Court's chambers that they do not object to Defendant's motion. Defendant's supervising probation officer informed the Court via email on January 21, 2021 that Defendant "should be considered for early termination" and that she had only one reported incident on record where Defendant claimed his girlfriend was drunk and hit him. Defendant reported calling the police because his girlfriend hit him, but claimed he did not retaliate. Defendant's probation officer stated "[t]his may have been an isolated incident" and there are no other reported incidents. Craig Randall, on behalf of the Government, advised the Court via email on January 21, 2021 that the Government does not object to early termination of supervised release in this matter.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. After consideration of Defendant's motion and there being no objection from his supervising probation officer or the Government, the Court finds good cause to terminate supervised release early.

**IT IS THEREFORE ORDERED** that the motion, (Doc. No. 2), is **GRANTED**.

The Clerk is directed to certify copies of this order to Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: January 25, 2021

Kenneth D. Bell
United States District Judge